IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY W. BLETZ, *personally, and as guardian of* DJF, and LINDSEY J. BLETZ, Plaintiffs | No. 1:16-cv-00717 (Judge Kane) |
| v. | |
| JEREMY W. CORRIE, Defendant | |

# ORDER

**AND NOW**, on this 26th day of March 2019, upon consideration of Defendant's motion for summary judgment (Doc. No. 40), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion for summary judgment (Doc. No. 40), is **GRANTED** in its entirety;

2. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiffs on Counts I and II of Plaintiffs' complaint (Doc. No. 1); and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania